**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **REDUCE SENTENCE** |
| vs. | ) | |
| | ) | Case No. 3:21-cr-16(1) |
| Rita Lynette Corona, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Rita Lynette Corona moves for a sentencing reduction under 18 U.S.C. § 3582(c)(2) and Part A of Amendment 821 to the United States Sentencing Guidelines. Doc. 155; Doc. 159. The United States does not oppose the motion. Doc. 160. Corona is eligible for a sentence reduction under § 3582(c)(2) and the retroactive application of Part A of Amendment 821 to the Sentencing Guidelines, and the sentencing factors in 18 U.S.C. § 3553(a) do not weigh against a reduction. So, Corona's motion (Doc. 155) is **GRANTED**. Her sentence is reduced to 60 months imprisonment.

**IT IS SO ORDERED**.

Dated this 19th day of January, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court